HON. JAMES L. ROBART

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

**SEATTLE DIVISION**

| | |
|---|---|
| TAMARA WEITZMAN, an individual, | Case No.  2:24-cv-00071-JLR |
| Plaintiff, | **STIPULATION AND MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE OF INDIVIDUAL DEFENDANTS** |
| v. | |
| FRED HUTCHINSON CANCER CENTER f/k/a SEATTLE CANCER CARE ALLIANCE, a Washington not-for-profit corporation; TIFFANY COURTNAGE, an individual; NIDHI BERRY, an individual; and JAMES JORGENSON, an individual, | **Federal Rule of Civil Procedure 41(a)(2)** |
| Defendants. | |

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, and Local Civil Rules 7(d)(1) and 10(g), the following parties to the above-captioned case, including the Plaintiff, TAMARA WEITZMAN ("Weitzman" or the "Plaintiff"), TIFFANY COURTNAGE ("Courtnage"), NIDHI BERRRY ("Berry"), and JAMES JORGENSON ("Jorgenson") (collectively, the "Individual Defendants") (the Plaintiff and the Individual Defendants may hereinafter be jointly referred to as the "Parties"); by and through their undersigned attorneys, have stipulated to and hereby jointly request the Court's approval of a voluntary dismissal of the

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Plaintiff's claims and causes of action against the Individual Defendants, as set forth in the Plaintiff, Tamara Weitzman's, Complaint for Declaratory Relief, Injunctive Relief, and Damages (the "Complaint") [D.E. 1], with prejudice. Each party will bear its own costs, expenses and attorneys' fees. The parties request that the Court enter the subjoined Order consistent with this stipulation.

1

2   RESPECTFULLY SUBMITTED this 7th day of June, 2024.

3

4   By:  /s/ Robert A. Bouvatte, Jr.
    Robert A. Bouvatte, Jr., WSBA # 50220
5   ROBERT A. BOUVATTE, PLLC
    P.O. Box 14185
6   Tumwater, WA 98511
    PH: (564) 999-4005
7   bob@rbouvattepllc.com
    rbouvattelaw@gmail.com
8   Attorney for Plaintiff

9

10  By:  /s/ D. Michael Reilly
    D. Michael Reilly, WSBA #14674
11  Priya B. Vivian, WSBA #51802
    LANE POWELL, P.C.
12  P.O. Box 91302
    Seattle, WA 98111-9402
13  reillym@lanepowell.com
    vivianp@lanepowell.com
14  T: (206) 223-7000
    Attorneys for Defendants

15

16

17

18

19

20

21

22

23

24

25

26

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**ORDER**

Having reviewed the foregoing stipulation and good cause appearing therefore, IT IS HEREBY ORDERED:

1.      The Parties' Joint Motion and Stipulation for Voluntary Dismissal of Individual Defendants is hereby GRANTED;

2.      All claims in the Plaintiff's Complaint [D.E. 1], to the extent that they are brought against the Individual Defendants, are hereby DISMISSED WITH PREJUDICE; and

3.      The Plaintiff and the Individual Defendants shall each bear their own attorney's fees and costs with respect to this matter.

IT IS SO ORDERED.

DATED this 10th day of June, 2024.

_____

The Honorable James L. Robart
U.S. DISTRICT COURT JUDGE

STIPULATION FOR VOLUNTARY
DISMISSAL WITH PREJUDICE
NO. 2:24-CV-00071-JLR

4