HON. JAMES L. ROBART

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

## SEATTLE DIVISION

TAMARA WEITZMAN, an individual,

                       Plaintiff,

v.

FRED HUTCHINSON CANCER CENTER f/k/a SEATTLE CANCER CARE ALLIANCE, a Washington not-for-profit corporation,

                       Defendant.

Case No. 2:24-cv-00071-JLR

**STIPULATION AND MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**

**Federal Rule of Civil Procedure 41(a)(2)**

      Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, and Local Civil Rules 7(d)(1) and 10(g), the following parties to the above-captioned case, including the Plaintiff, TAMARA WEITZMAN ("Weitzman" or the "Plaintiff"), and FRED HUTCHINSON CANCER CENTER f/k/a SEATTLE CANCER CARE ALLIANCE ("Fred Hutch" or the "Defendant") (the Plaintiff and Fred Hutch may hereinafter be jointly referred to as the "Parties"); by and through their undersigned attorneys, have stipulated to and hereby jointly request the Court's approval of a voluntary dismissal of the Plaintiff's claims and causes of action as set forth in the Plaintiff, Tamara Weitzman's, Complaint for Declaratory Relief, Injunctive Relief, and Damages (the "Complaint") [D.E. 1], with prejudice. The Parties accordingly request that the Court enter the subjoined Order consistent with this stipulation.

1 | RESPECTFULLY SUBMITTED this 25th day of June, 2024.

2

3 | By: */s/ Robert A. Bouvatte, Jr.*
Robert A. Bouvatte, Jr., WSBA # 50220
ROBERT A. BOUVATTE, PLLC
4 | P.O. Box 14185
Tumwater, WA 98511
5 | PH: (564) 999-4005
bob@rbouvattepllc.com
6 | rbouvattelaw@gmail.com
*Attorney for Plaintiff*
7

8

9 | By: */s/ D. Michael Reilly*
D. Michael Reilly, WSBA #14674
Priya B. Vivian, WSBA #51802
10 | LANE POWELL, P.C.
P.O. Box 91302
11 | Seattle, WA 98111-9402
reillym@lanepowell.com
12 | vivianp@lanepowell.com
PH: (206) 223-7000
13 | *Attorneys for Defendant*

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION FOR VOLUNTARY        2
DISMISSAL WITH PREJUDICE
NO. 2:24-CV-00071-JLR

# ORDER

Having reviewed the foregoing stipulation and good cause appearing therefore, IT IS HEREBY ORDERED:

1. The Parties' Stipulation and Motion for Voluntary Dismissal is hereby GRANTED; and

2. All claims in this action are hereby DISMISSED WITH PREJUDICE and each party shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

DATED this 25th day of June, 2024.

*[signature]*

The Honorable James L. Robart
U.S. DISTRICT COURT JUDGE